# EXHIBIT 1

---

## *GX 7 "Timeline PowerPoint"*

---




# Garda Truck Larceny – Case Timeline (Page 1 of 5)

## Timeline of Events

**Phone numbers:**
Terry Pollard – (470) 791-7729
Quantavius Murphy – (470) 626-4413
Samantha Pullen (mother) – (678) 901-2839
Terry Pollard's girlfriend – (678) 901-5783

### January 14

**01/14/2021 5:06 PM ET:** Terry Pollard *(7729)* called Murphy *(4413)*

**01/14/2021 6:30 PM ET:** Pollard *(7729)* calls mother, Samantha Pullen *(2839)* over the phone

**01/14/2021 6:44 PM ET:** Pollard's phone *(7729)* located in the area of Cedartown, GA

### January 15

**01/15/2021 1:11 AM ET:** Pollard's phone *(7729)* travels to North Charleston, SC *(travels with Murphy, Calhoun and Burge's phones from Cedartown, GA)*

**01/15-16/2021 12:34 PM – 4:47 AM ET:** Pollard's phone *(7729)* located in the area of North Charleston, SC with coconspirators in vicinity of Sewell's Apartment

**01/15/2021 1:31 PM ET:** Pollard *(7729)* calls mother, Samantha Pullen *(2839)* over the phone

**01/15/2021 4:18 PM ET:** Pollard *(7729)* calls mother, Samantha Pullen *(2839)*

**01/15/2021 7:55 PM ET:** Burge orders Pizza Hut to Sewell's apartment (4630 Purcell Dr. Apt. 2604 North Charleston, SC 29418) *(Pizza Hut receipt)*

### January 16

**01/16/2021 4:47 AM ET:** Pollard's phone *(7729)* located in the area of North Charleston, SC

**01/16/2021 6:20 AM ET:** Murphy, Calhoun, Burge and Pollard stage the robbery of the Garda truck *(surveillance video)*

**01/16/2021 6:20 AM – 11:27 AM ET:** Pollard's phone *(7729)* travels with Murphy, Calhoun and Burge back to Cedartown, GA

**01/16/2021 6:26 AM ET:** Sewell calls 911 *(dispatch log)*

**01/16/2021 11:27 AM ET:** Pollard's phone *(7729)* is in the area of Cedartown, GA

**01/16/2021 12:32 PM ET:** Pollard is in contact with his mother *(2839)*

**01/16/2021 4:44 PM ET:** Man matching Pollard's description seen on SnapChat video with large sums of cash

**01/16/2021 5:18 PM ET:** Pollard accepts call from girlfriend *(5783)*

**01/16/2021 10:13 PM ET:** Pollard is in contact with Murphy *(4413)*

Co-Defendants:
- James Edward Sewell
- Quantavius Deshawn Murphy
- Thomas Roddricas Nig'el Calhoun
- Anthony Deron Burge
- Terry Pollard



# Garda Truck Larceny – Case Timeline (Page 2 of 5)

**January 14th Timeline of Events**

Phone numbers:
- Terry Pollard – (470) 791-7729
- Quantavius Murphy – (470) 626-4413
- Samantha Pullen (mother) – (678) 901-2839
- Terry Pollard's girlfriend – (678) 901-5783



**01/14/2021 5:06 PM ET:** Terry Pollard *(7729)* called Murphy *(4413)*

**01/14/2021 6:30 PM ET:** Pollard *(7729)* calls mother, Samantha Pullen *(2839)* over the phone

**01/14/2021 6:44 PM ET:** Pollard's phone *(7729)* located in the area of Cedartown, GA

January 14

Co-Defendants:
- James Edward Sewell
- Quantavius Deshawn Murphy
- Thomas Roddricas Nig'el Calhoun
- Anthony Deron Burge
- Terry Pollard



# Garda Truck Larceny – Case Timeline (Page 3 of 5)

## January 15th Timeline of Events

**Phone numbers:**
- Terry Pollard – (470) 791-7729
- Quantavius Murphy – (470) 626-4413
- Samantha Pullen (mother) – (678) 901-2839
- Terry Pollard's girlfriend – (678) 901-5783



**01/15/2021 1:11 AM ET:** Pollard's phone *(7729)* travels to North Charleston, SC *(travels with Murphy, Calhoun and Burge's phones from Cedartown, GA)*

**01/15-16/2021 12:34 PM – 4:47 AM ET:** Pollard's phone *(7729)* located in the area of North Charleston, SC with coconspirators in vicinity of Sewell's Apartment

**01/15/2021 1:31 PM ET:** Pollard *(7729)* calls mother, Samantha Pullen *(2839)* over the phone

**01/15/2021 4:18 PM ET:** Pollard *(7729)* calls mother, Samantha Pullen *(2839)*

**01/15/2021 7:55 PM ET:** Burge orders Pizza Hut to Sewell's apartment (4630 Purcell Dr. Apt. 2604 North Charleston, SC 29418) *(Pizza Hut receipt)*

January 15

**Co-Defendants:**
- James Edward Sewell
- Quantavius Deshawn Murphy
- Thomas Roddricas Nig'el Calhoun
- Anthony Deron Burge
- Terry Pollard



# Garda Truck Larceny – Case Timeline (Page 4 of 5)

## January 16th Timeline of Events

**Phone numbers:**
- Terry Pollard – (470) 791-7729
- Quantavius Murphy – (470) 626-4413
- Samantha Pullen (mother) – (678) 901-2839
- Terry Pollard's girlfriend – (678) 901-5783

**01/16/2021 4:47 AM ET:** Pollard's phone *(7729)* located in the area of North Charleston, SC

**01/16/2021 6:20 AM ET:** Murphy, Calhoun, Burge and Pollard stage the robbery of the Garda truck *(surveillance video)*

**01/16/2021 6:20 AM – 11:27 AM ET:** Pollard's phone *(7729)* travels with Murphy, Calhoun and Burge back to Cedartown, GA

**01/16/2021 6:26 AM ET:** Sewell calls 911 *(dispatch log)*

**01/16/2021 11:27 AM ET:** Pollard's phone *(7729)* is in the area of Cedartown, GA

**01/16/2021 12:32 PM ET:** Pollard is in contact with his mother *(2839)*

**01/16/2021 4:44 PM ET:** Man matching Pollard's description seen on SnapChat video with large sums of cash

**01/16/2021 5:18 PM ET:** Pollard accepts call from girlfriend *(5783)*

**01/16/2021 10:13 PM ET:** Pollard is in contact with Murphy *(4413)*

*Timeline: January 16*

**Co-Defendants:**
- James Edward Sewell
- Quantavius Deshawn Murphy
- Thomas Roddricas Nig'el Calhoun
- Anthony Deron Burge
- Terry Pollard



# Garda Truck Larceny – Case Timeline (Page 5 of 5)

**01/18/2021:**
$130,000 in cash wrapped in money bands labeled "Garda Charleston" are seized from Murphy's family

**01/19/2021:**
FBI finds the silver Chevy Malibu with no license plates

**02/17/2021:**
Proffer Interview of Sewell – FBI finds out Pollard was involved in committing bank larceny. Sewell IDs other co-defendants (Pollard, Murphy, Calhoun, and Burge)

**02/26/2021:**
Search Warrant is served on Verizon Wireless to obtain historical phone location data for Pollard's phone *(7729)*

**03/22/2021:**
Calhoun and Murphy are arrested in the vicinity of Atlanta, GA

**03/26/2021:**
Pollard is arrested in Cedartown, GA

**03/27/2021:**
Pollard calls a friend from jail and asks her to delete phone and Snapchat records (*3002*)

**04/06/2021:**
Search Warrants are served on Snapchat.

January 18 → January 19 → February 17 → February 26 → March 22 → March 26 → March 27 → April 6

